**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV10-08435 JAK (AGRx) | Date | September 15, 2011 |
|---|---|---|---|
| Title | Nishit Shah v. Charter Communication, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On September 13, 2011, defendant filed "Joint Notice of Settlement" [51]. The Court sets an Order to Show Cause re Dismissal for October 24, 2011 at 10:30 a.m. If the parties file a dismissal by October 20, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |